1  _John B. Pirog_
2  Name of Attorney for Plaintiff/Name of Plaintiff (if pro se)
3  _C/o: General Delivery Mail Pick-Up_
   Address
4  _Novato, CA. 94949_
5
6  _(415) 375-1331_
   Telephone Number
7  _No Fax #_
8  Facsimile Number
9  _N/A_
   State Bar Number of Attorney
10

11              **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**
13  _John B. Pirog_,           )
14                  Plaintiff, )   **CV 08   2094**
15      v.                     )   Case No. _____
16  _Michael J. Astrue_,       )   **COMPLAINT FOR JUDICIAL REVIEW**
    Commissioner of Social Security. )   **OF DECISION OF COMMISSIONER**
17                             )   **OF SOCIAL SECURITY**
                     Defendant. )   (Administrative Procedure Act Case)
18                             )

19      The above-named plaintiff makes the following representations to this court for the purpose of
20  obtaining judicial review of a decision of the defendant adverse to the plaintiff:
21      1.  The plaintiff is a resident of _Novato_,
                                              City
22  _California_.
        State
23      2.  The plaintiff complains of a decision which adversely affect the plaintiff in whole or in part.
24  The decision has become the final decision of the Commissioner for purpose of judicial review and bears
25  the following caption:
26  / / /
27  / / /
28  / / /

COMPLAINT                    - 1 -

| | |
|---|---|
| In the case of: *John B. Pirog* | Claim for: *Atty. Fee Readjustment* |
| Claimant | Type of Benefit |
| | *3992* |
| Wage Earner (Leave blank if same as above) | Last Four Digits of Social Security Number |

3. The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction pursuant to Title 42, U.S.C. §405(g).

WHEREFORE, the plaintiff seeks judicial review by this court and the entry of judgment for such relief as may be proper, including costs.

DATE: *April 22, 2008*

Signature of Attorney or Plaintiff Appearing Pro Se

N:\DOCS\INTAKE\CIVIL\SocSecComplaintForm.wpd

COMPLAINT                                   - 2 -