FILED
08 APR 22 AM 11:57

E filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John B. Frog Plaintiff,

vs.

Michael J. Astrue
(Comm. of Soc. Sec'y) Defendant.

CASE NO. CV 08 2094 WHA

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, John B. Frog, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | *Date of last employ December/1999*
3 | *Wages: $10.00 per hour (20,000.00 gross)*
4 |
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |         a.      Business, Profession or                          Yes ___ No _X_
8 |                 self employment?
9 |         b.      Income from stocks, bonds,                       Yes ___ No _X_
10 |                or royalties?
11 |        c.      Rent payments?                                   Yes ___ No _X_
12 |        d.      Pensions, annuities, or                          Yes ___ No _X_
13 |                life insurance payments?
14 |        e.      Federal or State welfare payments,               Yes _X_ No ___
15 |                Social Security or other govern-
16 |                ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | *Source of Income: Social Security Insurance; 4,000.*
20 | *Social Security Disability 7,000.00*
21 | 3.     Are you married?                                         Yes ___ No _X_
22 | Spouse's Full Name: _N/A_
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.     a.      List amount you contribute to your spouse's support:$ _____
27 |        b.      List the persons other than your spouse who are dependent upon you for support
28 |                and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.     Do you own or are you buying a home?        Yes ___ No _X_

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.     Do you own an automobile?                    Yes _X_ No ___

7  Make *Oldsmobile* Year *1984* Model *98*

8  Is it financed? Yes ___ No _X_ If so, Total due: $_____

9  Monthly Payment: $_____

10 7.     Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

11 Name(s) and address(es) of bank: *Wells Fargo*

12 _____

13 Present balance(s): $ *$40.00*

14 Do you own any cash? Yes _X_ No ___ Amount: $ *$20.00*

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)                                    Yes ___ No _X_

17 _____

18 8.     What are your monthly expenses?

19 Rent: $ *0.00*                    Utilities: *0.00*

20 Food: $ *600.00*                  Clothing: *50.00*

21 Charge Accounts:

22 Name of Account          Monthly Payment          Total Owed on This Account

23 *No accts*               $_____              $_____

24 _____               $_____              $_____

25 _____               $_____              $_____

26 9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 *No other debts*

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

*No prior lawsuits*

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*April 22, 2008*

DATE                    SIGNATURE OF APPLICANT