AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| JOHN B PIROG ) <br> Plaintiff ) <br> v. ) <br> MICHAEL J ASTRUE ) <br> Defendant ) | Civil Action No.   CV 08-02094 WHA |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

SSA Office of the General Counsel
Region IX
333 Market St., Suite 1500
San Francisco, CA  94104

US Attorney's Office
Civil Process Clerk
450 Golden Gate Ave.
Box 36055
San Francisco, CA  94102

Attorney General
US Department of Justice
10 & Pennsylvania, NW
Washington, DC  20530

A lawsuit has been filed against you.

Within __90__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
John B. Pirog
c/o General Delivery Mail Pick Up
Novato, CA 94949

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*
Name of clerk of court
**SUSAN IMBRIANI**

Date: April 29, 2008

Deputy clerk's signature
Susan Imbriani

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◆ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: _____

                                                            Server's signature

                                                            Printed name and title

                                                            Server's address