1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  ELIZABETH FIRER, SBN WI 1034148
   Special Assistant United States Attorney

      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
      E-Mail: elizabeth.firer@ssa.gov

   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN B. PIROG, ) | |
| ) | CIVIL NO. 08-02094-WHA |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby notifies Plaintiff and this Court that the following Special Assistant U.S. Attorney will appear as counsel of record in the above-captioned case:

///

///

1  Elizabeth Firer
Special Assistant U.S. Attorney
2  333 Market Street, Suite 1500
San Francisco, CA 94105
3  Telephone: (415) 977-8937
Facsimile:  (415) 744-0134
4  E-Mail: elizabeth.firer@ssa.gov
5
6
7
8                                         Respectfully submitted,
9  DATED: June 4, 2008        JOSEPH P. RUSSONIELLO
10                                         United States Attorney
LUCILLE GONZALES MEIS
11                                         Regional Chief Counsel, Region IX
Social Security Administration
12
13                                         /s/ Elizabeth Firer
ELIZABETH FIRER
14                                         Special Assistant U.S. Attorney
15
                                        Attorneys for Defendant
16
17
18
19
20
21
22
23
24
25
26
27
28

2 - Notice of Appearance