Re Case:
08-02093 (Retro SSI) - SBA
08-02094 (Atty Fee) - WHA
Plaintiff's ~~*********~~

July 11, 2008

P.1

**FILED**
JUL 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear U.S. District Court Judge Armstrong,

I am here today at the Clerk's office to inquire into the status of my two cases; I am very worried as I have received <u>NO</u> notice of a court hearing dates.

I was notified of case reassignment (#08-02094) to U.S. District Judge Armstrong in Oakland; I mailed a <u>declination request</u> re this reassignment to Oakland, Ca. on May 14, 08, to the Clerk of the U.S. District Court, and, to the Clerk of the U.S. District Court in Oakland, CA. on MAY 15, 2008. It has been almost <u>two months</u> and I have received <u>NO</u> response from the court.

MAY 15
June
July 11

I am again asking that my <u>declination request</u> be considered and my case (#08-02093) be reassigned back to a U.S. District

Court Judge in San Francisco, CA. OR ), I am asking the Court to Combine both cases as they are closely-related and name the same Defendant (Michael Astrue - Commissioner of Social Security).

I am trying to be responsible in this matter!

Thankyou for your patience and consideration in this matter.

Sincerely,

John B. Pirog
c/o: General Delivery Mail Plu
NOVATO, CA.
94949
cell # (415) 375-1331

John Prog
c/o: General Delivery
Main P.U.
Novato, CA
94949

Judge Armstrong
US District Court
1301 Clay Street
Oakland, CA.
94612

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7007 2560 0003 0722 1705



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

RECEIVED
JUL 1 4 2008

© USPS 2008