1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, CA 94105
6      Telephone: 415-977-8937
       Facsimile:  415-744-0134
7      Email: elizabeth.firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN B. PIROG,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | No. 08-02094 WHA<br><br>Proof of Service |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on August 5, 2008, she caused a copy of the following document (s):

**DEFENDANT'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS UNDER FED.R.CIV.P. 12(b)(1) FOR LACK OF JURISDICTION**

to be served by First Class Mail upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

**John B. Pirog**
**c/o General Delivery Mail Pick Up**
**Novato, CA 94949**

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 5, 2008

Very truly yours,
JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____

MIMI LAM
Legal Assistant