**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   JOHN B PIROG,                               No. C 08-02094 WHA
11              Plaintiff,
12      v.                                       **ORDER OF REFERRAL**
13   MICHAEL J ASTRUE,
14              Defendant.
15                                             /
16
         Upon review, this action appears to concern the same parties, transactions and events as
17
     John B. Priog v. Michael J. Astrue, Case No. 08-2093 SBA. Pursuant to Civil Local Rule 3-
18
     12(c), the Court refers this matter to Judge Armstrong for the purposes of determining whether
19
     it is related as defined in Civil Local Rule 3-12(a).
20
21      **IT IS SO ORDERED.**
22
23   Dated: August 7, 2008.
                                                 _____
24                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B PIROG,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J ASTRUE et al,<br><br>    Defendant._____/ | Case Number: CV08-02094 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John B. Pirog
c/o General Delivery Mail Pick Up
Novato, CA 94949

Dated: August 19, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk