**Name and Address**
John B. Pirog
C/O: General Delivery
Mail P/U Novato, CA
94949

FILED
08 AUG 20 PM 12:31
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No. C08-2094 WHA ~~CV02-094~~

John B. Pirog
**Plaintiff / Petitioner**

VS.

Michael J. Astrue
**Defendant / Respondent**
Commissioner of Social Security

Document Name:
Letter to Judge Astrue from John B. Pirog

Please accept this letter regarding my case — Thankyou Judge.
Sincerely, John B. Pirog

Re. case: CV02-094 Atty Fee      Today is
       : CV02-093 Retro SSI       Aug 20, 08

Dear U.S. District Court Judge Alsup,

I have traveled from Northern Marin County to receive a status update re. case CV 02-094-WHA (Pirog v. Astrue) having received NO notification from the court re. any matter of a hearing date or trial or conference date per se.

I received a print out of the docket proceedings and see that a Case Management Conference was set for 8-7-08; I was never served notice of this conference.

I just spoke with the Clerk of the Court and found out you have referred my Attorney Fee matter # C08-02094 over to Judge Armstrong in Oakland — Please Judge Alsup, I am requesting that this case be kept on the

#CV07-093
Retro SSI Benefits ←

San Francisco Venue and also have written to Judge Armstrong that my other case (originally filed in San Francisco then transferred after I requested the matter be heard before a fully credentialed U.S. District Judge and NOT before Magistrate (LaPorte) be reassigned back to San Francisco and heard seperately or combined with case #CV02-094 WHA; I live in NOVATO, CA. in poverty on disability benefits, and with chronic severe pain resulting from a head-on collision with an 18 year old drunk driver 8½ years ago — to seperate these two cases and put them in two opposite venues would impose on me a physical and monetary strain I could not bear.

Thankyou Judge.

Sincerely,

c/o John B. Brog
General Delivery
Mail P/U
NOVATO, CA. 94949

cell #(415)375-1331